2:06-CV 891-MEF

M/D-4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Northern___ DIVISION

RECEIVED

2006 OCT -3  P 4: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ingrid Blizzard
2604 Sunset Strip
Tuskegee AL 36088
           Plaintiff                )
                                    )
        v.                          )
                                    )   2:06-CV-891-MEF
Federal Express                     )
2770 Gunter Park Dr                 )
Montgomery AL 36109                 )
           Defendant(s)             )

## COMPLAINT

1. Plaintiff resides at  2604 Sunset Strip Tuskegee AL 36088

2. Defendant(s)' name(s)  Federal Express

   Location of principal office(s) of the named defendant(s)  2770 Gunter Park Dr. Montgomery AL 36109

   Nature of defendant(s)' business  Postal, Carrier, shipping

   Approximate number of individuals employed by defendant(s)  200/300

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ___ Failure to employ me.
   2. ✓ Termination of my employment.
   3. ___ Failure to promote me.
   4. ✓ Other acts as specified below: _____

1

5. Plaintiff is:
   A. ____ Presently employed by the defendant.
   ✓ Not presently employed by the defendant. The dates of employment were
   _____5 1/2 years_____. Employment was terminated because:

   (1) ✓ Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ✓ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ___ My national origin.
   E. ✓ Other, as specified below: _____

   _____
   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) __Nick Ashner,_____

   _____
   _____

8. The alleged discrimination occurred on or about __7/2005__.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: ____
   Company fail to Follow Proper procedure -
   Discriminated against
   False Accusation
   Falsifying documents
   _____

10. The alleged illegal activity took place at __2770 Gunter Park Row Montgomery AL 36109__

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___Oct 2005___.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on ___July 6, 2006___

12. I seek the following relief:

   A. ____ Recovery of back pay.
   B. _✓_ Reinstatement to my former job,
   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: __10/3/06__

Signature of Plaintiff
_Ingrid Blizzard_
_2604 Sunset Strip_
_Tuskegee AL 36088_
Address & Telephone Number of Plaintiff
_334-727-1376_

3

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Ingrid Blizzard**
705 J. Chapel Court
Tuskegee Institute, AL 36088

From: **Equal Employment Opportunity Comm.**
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-2006-00331 | Lourdes C. Rowland, Investigator | 205-212-2057 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Beverly B Hinton for*
Bernice Williams-Kimbrough, District Director

6 JUL 2006
*(Date Mailed)*

Enclosure(s)

cc: **Timothy P. Devane, Attorney**
204 West 84th Street
New York, New York 10024

**Brenda Hill, Advisor**
Human Resources Compliance Dept.
Federal Express Corporation
3650 Hacks CrossRoad
Building F, 3rd Floor
Memphis, TN 381225