IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-00891-MEF |
| ) | |
| FEDERAL EXPRESS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 3), the undersigned Magistrate Judge considers the supporting affidavit of Plaintiff Ingrid Blizzard for her *Motion to Proceed In forma Pauperis* (Doc.2, Oct. 3, 2006).

Plaintiff represents that she is currently employed but neglects to provide requested data concerning her employer, take-home salary, and pay period. Thus, the court cannot assess her eligibility under 28 U.S.C. §1915 to proceed without prepayment of fees and costs.. Accordingly, it is

**ORDERED** that **Plaintiff file by October 23, 2006 an amended motion to proceed** *in forma pauperis* **which includes an accurate and complete affidavit**. Failure to comply will result in a recommendation that her lawsuit be stayed pending prepayment of requisite filing fees.

Done this 10th day of October, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE