October 16, 2006

RECEIVED
2006 OCT 17 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ingrid Blizzard
- vs -
Federal Express
CV-00891-MEF

2:06cv891-MEF

To whom it may concern:

I'm employed at the Learning Tree. My monthly salary is approximately $850.00 and receive my salary every month on the 15th. Your consideration to this matter would be highly appreciated.

INGRID BLIZZARD

State of Alabama
County of Elmore

Sworn to and subscribed before me on the 16 day of October 2006

Notary Public's Signature
My Commission Expires

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sept 5, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

SCANNED
WL 10/18/06



To Whom It May Concern:

I am writing to verify the wage verification for Ms. Ingrid Blizzard from her employment here at The Learning Tree Inc. She began employment on June 6, 2006. Her wages are as follows:

June-July Gross:      818.17
July-August Gross:    804.25

Our employees here at The Learning Tree Inc. are paid monthly, on the 15th of every month.

If you have any questions, please give me a call at the number on the card that I have enclosed.

Truly,

Heather Hornsby
Personnel Data Coordinator
The Learning Tree Inc.
hhornsby@learning-tree.org