IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| INGRID BLIZZARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00891-MEF |
| | ) | |
| FEDERAL EXPRESS, | ) | WO |
| | ) | |
| Defendant. | ) | |

## **ORDER ON MOTION**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 3), the undersigned Magistrate Judge considers Plaintiff's *Motion to Proceed In forma Pauperis* (Doc. 2, October 3, 2006). The court wishes the Plaintiff to understand *fully* the limited nature of being allowed to proceed *in forma pauperis*. This status does permit the Plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, but it does not permit the Plaintiff to maintain the lawsuit without incurring any personal expenses.

The Plaintiff should understand that she *may* incur expenses as a result of the prosecution of this case, and there is no provision for the court's payment of those expenses. For example, in the event of a trial, the Plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Additionally, court costs, in varying amounts, can be very substantial, and they are normally assessed against the losing party. This means that a plaintiff who loses a case may be charged with, and obligated to pay, *all* court costs, even though the plaintiff is proceeding *in forma pauperis*.

Having advised the Plaintiff of the possible expense of litigation, it is **ORDERED** that the *Motion to Proceed In Forma Pauperis* (Doc. 2) is **GRANTED**.

Done this 1st day of November, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE