IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **INGRID BLIZZARD**    ) | |
| )  | |
| **Plaintiff,**    ) | |
| )  | |
| v.    ) | CASE NO. 2:06-CV-891-MEF |
| )  | |
| )  | |
| **FEDERAL EXPRESS CORPORATION**  ) | |
| )  | |
| )  | |
| )  | |
| **Defendant.**    ) | |
| _____) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Federal Express Corporation ("FedEx"), by and through the its undersigned counsel of record and in accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, discloses as follows:  Defendant Federal Express Corporation, which does business as "FedEx Express," is a wholly-owned subsidiary of FedEx Corporation (formerly "FDX"), which is a publicly traded entity.

Respectfully submitted, this 17th day of November, 2006.

        Respectfully submitted,

        \_\_\_s/Michael E. Gabel_____
        Michael E. Gabel
        GAB003
        Senior Counsel
        Federal Express Corporation
        3620 Hacks Cross Road
        Bldg. B, 2nd Floor
        Memphis, Tennessee  38125
        (901) 434-0016
        (901) 434-4523 Fax

        Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Answer has been served via FedEx Overnight Delivery, postage prepaid to

>Ingrid Blizzard, pro se Plaintiff
>2604 Sunset Strip
>Tuskegee, AL  36088
>334-727-1376

on this 17th day of November, 2006.

                               ____s/Michael Gabel_____
                               OF COUNSEL

622298