IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| INGRID BLIZZARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00891-MEF |
| | ) | |
| FEDERAL EXPRESS CORPORATION | ) | WO |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's ANSWER filed November 17, 2006 (Doc. 10) discloses its correct name for purpose of suit: Federal Express Corporation, d/b/a FedEx Express ("FedEx"). It is, therefore,

**ORDERED** that all subsequent pleadings and submissions by the parties reflect correctly the Defendant's name in the caption or style of the case (as shown on this order), and the Clerk is instructed to show "*Federal Express Corporation*" as the Defendant's correct name on all court records.

Done this 20TH day of November, 2006.


/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE