# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-CV-891-MEF |
| ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Notice of Appearance of Counsel for Defendant**

Michael E. Gabel files this notice of appearance as counsel for Defendant Federal Express Corporation, and respectfully requests electronic notification of activity in this matter.

 s/ Michael E. Gabel_____
Michael E. Gabel
GAB003
Federal Express Corporation
3620 Hacks Cross Road
Bldg. B, 2nd Floor
Memphis, TN  38125
(901) 434-0016
(901) 434-4523 (fax)

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Appearance of Counsel upon

        Ingrid Blizzard, pro se Plaintiff
        2604 Sunset Strip
        Tuskegee, AL  36088
        334-727-1376

via FedEx Overnight Letter, on this 20th day of November, 2006.

        _____s/Michael Gabel_____

doc. 623462