IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-891-MEF |
| ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a telephonic meeting was held on ~~N/A~~ *12/16/06 - by MEG.* and was attended by:

> Ingrid Blizzard, pro se Plaintiff
> 2604 Sunset Strip
> Tuskegee, AL  36088
> 334-727-1376
>
> Michael E. Gabel
> Federal Express Corporation
> 3620 Hacks Cross Road
> Building B, 2nd Floor
> Memphis, TN  38125
> Attorney for Defendant

1. **Pre-Discovery Disclosures.** The parties will exchange by February 15, 2007 the information required by Fed.R.Civ.P. 26(a)(1).

2. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

All discovery commenced in time to be completed by July 31, 2007.

Maximum of 25 interrogatories. Responses are due 30 days after service.

Maximum of 25 requests for admission by each party to any other party. Responses are due 30 days after service.

Maximum of 30 requests for production. Responses are due 30 days after service.

Maximum of 5 depositions by plaintiff and 5 by defendant.

Each deposition is limited to a maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by May 2, 2007

From defendant by June 2, 2007

Supplementations under Rule 26(e) due within 30 days of receipt of new information.

4. **Other items.**

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference in December, 2007.

Plaintiff should be allowed until February 15, 2007 to join additional parties and to amend the pleadings.

Defendant should be allowed until March 15, 2007 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by August 31, 2007.

Settlement cannot be evaluated until the completion of substantial discovery. At that time, the parties will better be able to evaluate whether this case is suitable for mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

from plaintiff by 30 days prior to trial.

from defendants by 30 days prior to trial.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by December, 2007 and at this time is expected to take approximately 4 days.

Date: 1/12/06

Ingrid Blizzard
Pro se Plaintiff
2604 Sunset Strip
Tuskegee, AL 36088
334-727-1376

Michael E. Gabel
Senior Attorney
Federal Express Corporation
3620 Hacks Cross Road
Building B, 2nd Floor
Memphis, TN 38125
(901) 434-0016 – Office
(901) 434-4523 – Facsimile

623536

3