January 12, 2007

RECEIVED
2007 JAN 17 A 9:31

Case No 2:06-CV-891-MEF
Ingrid Blizzard

Plaintiff

v.

Federal Express Corporation

Defendent

To Whom it may concern:

I Ingrid Blizzard would like to request a motion for an attorney to be appointed to me. At this time I'm having financial difficulties and need assistance. Your consideration to this matter would be highly appreciated.

Thank You

Ingrid Blizzard