IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| INGRID BLIZZARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00891-MEF |
| | ) | |
| FEDERAL EXPRESS CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 3), the undersigned Magistrate Judge considers the *Motion to Appoint Counsel* (Doc.15, January 17, 2007).[1]

Plaintiff fails to enumerate beyond her general statement of financial difficulties and need for assistance. As such, the court cannot assess her eligibility under 42 U.S.C. § 2000e-5(f)(1) to receive appointed counsel. Accordingly, it is

**ORDERED** that **Plaintiff file by February 7, 2007 an amended motion to appoint counsel which includes an affidavit detailing the following:**

(1)   Specific details as to Plaintiff's own efforts to secure counsel;

(2)   A summary of Plaintiff's factual allegations against Defendant. Plaintiff shall provide specific details as to her allegations against Defendant. Particularly,

---

[1] Plaintiff submitted a letter dated January 12, 2007 requesting the appointment of counsel because she is having "financial difficulties and need[s] assistance." The Court accepted this filing as a Motion to Appoint Counsel.

      details of specific instances of discrimination by Defendant against Plaintiff;[2]

(3)    An detailed explanation as to Plaintiff's statement that she "needs assistance" in this matter.

**Plaintiff is advised that a failure to comply with the requirements of this Order will result in a denial of Plaintiff's request.**

DONE this 19th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[2]    Plaintiff has generally alleged in her Complaint racial and "other" discrimination pertaining to her termination and "other acts." However, she does not specify as to the exact nature of the discriminatory acts.