January 30, 2007

Ingrid Blizzard

v

Federal Express

Case # 206-CV-891- MEF

To whom it may concern :

I'm requesting legal representation because I'm having finding a lawyer as well as financial difficulties. I moved from a different State ( New York City to the State of Alabama ). I'm not famalized with all area yet. My summary of compliant is a manager is suppose to set an example in which he made false accusation. He accused me of stealing money. This same individual of concern stated I was AWOL on a concern day in which he excused. Management and myself had a conference in which he realized his story had a conflict of interest. He changed his story and sent me a falsified document. Management also stated that " I need to go back to New York City." He also threat me when I explain to him that I couldn't come to work at a certain time. He stated " If you don't come you don't want your job." "Which one is more important your job or your child." It staes in the Fedex people manual under Acceptable Conduct 2-5 , 1.Conduct Expectation - Acceptable conduct involves not only sincere respect for the rights and feelings of thers the assurance that personal conduct in both business and person life avoids any action that might (A) be harmful to the employee, other employee, the company or 2. Cause any unfavorable reaction from current or potential customer.  (B) Misconduct - Threatening, intimidating, coercing, directing abusive language, or displaying blatant or public disrepect toward any employee or customer while on duty or company property, at collection sites or at offsite Company meetings and function at collection. (C) Discharge Offense : An Employee is dismissed upon completion of a investigation confirming violation related to deliberate falsification of company documents, including but not limited to business reports, delivery records, timecards, benefits eligibility forms expense reports and employment applications .Certain procedures within this management was not properly performed. I've worked for this Compnay for 4 1/2 years in NYC prior to moving to Alabama. I was discriminated becuse of my race and where I came from. Your considersation to this matter would be highly appreciated.

INGRID BLIZZARD
334-727-1376



To Whom It May Concern:

I am writing to verify the wage verification for Ms. Ingrid Blizzard from her employment here at The Learning Tree Inc. She began employment on June 6, 2006. Her wages are as follows:

June-July Gross:     818.17
July-August Gross:   804.25

Our employees here at The Learning Tree Inc. are paid monthly, on the 15th of every month.

If you have any questions, please give me a call at the number on the card that I have enclosed.

Truly,

Heather Hornsby
Personnel Data Coordinator
The Learning Tree Inc.
hhornsby@learning-tree.org