IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-00891-MEF |
| ) | |
| FEDERAL EXPRESS CORPORATION ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon of review and consideration of *Defendant's Motion for Matters Contained within Defendant's Request for Admissions to be Deemed Admitted and Conclusively Established* (Doc. 23, filed June 4, 2007) and Defendant's *Motion to Compel Plaintiff to Respond to Discovery* (Doc. 24, filed June 4, 2007), it is

**ORDERED** that Plaintiff show cause why these motions should not be granted on or before **June 19, 2007**.

DONE this 5th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE