IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-cv-891-MEF |
| ) | |
| FEDERAL EXPRESS CORPORATION ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon of review and consideration of *Defendant's Motion for Matters Contained within Defendant's Request for Admissions to be Deemed Admitted and Conclusively Established* (Doc. 23, filed June 4, 2007), Defendant's *Motion to Compel Plaintiff to Respond to Discovery* (Doc. 24, filed June 4, 2007), and Plaintiff's lack of response to the Court's Order to show cause (Doc. 25), it is for good cause

**ORDERED** that Defendant's *Motion to Compel Plaintiff to Respond to Discovery* (Doc. 24) is **GRANTED**. Plaintiff shall respond to Defendant's First Set of Interrogatories and Request for Production of Documents by **July 3, 2007**.

It is further **ORDERED** that *Defendant's Motion for Matters Contained within Defendant's Request for Admissions to be Deemed Admitted and Conclusively Established* (Doc. 23) is **GRANTED** and each request for admission[1] filed is hereby deemed

---

[1] Defendant's First Request for Admission to Plaintiff was attached as Exhibit A to *Defendant's Motion for Matters Contained within Defendant's Request for Admissions to be Deemed Admitted and Conclusively Established* (Doc. 23). *See* Doc. 23-2.

admitted and conclusively established.

    DONE this 22nd day of June, 2007.

                                     /s/Terry F. Moorer
                                     TERRY F. MOORER
                                     UNITED STATES MAGISTRATE JUDGE