IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:06cv891-MEF |
| vs. ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(b) AND MEMORANDUM IN SUPPORT THEREOF**
_____

Defendant, Federal Express Corporation ("FedEx"), moves this Court to dismiss Plaintiff's claims against FedEx pursuant to Fed. R. Civ. P. 41(b). This Court should dismiss Plaintiff's case with prejudice pursuant to Fed. R. Civ. P. 41(b) because Plaintiff has failed to comply with this Court's June 22, 2007 Order to provide Defendant with Responses to FedEx's Interrogatories and Requests for Production of Documents.

Fed. R. Civ. P. 41(b) provides:

> For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant. Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, for improper venue, or for failure to join a party under Rule 19, operates as an adjudication on the merits.

FedEx submitted Interrogatories and Requests for Production to the Plaintiff on March 30, 2007. *See* Exhibits A and B to FedEx's Motion to Compel Plaintiff to Respond to Discovery. (Doc. 24). Plaintiff failed to respond to the discovery requests within thirty (30) days, as required by Rules 33(b) and 34(b).

In a good faith effort to resolve this dispute without court intervention, FedEx forwarded correspondence to Plaintiff on May 7, 2007, requesting a response to the Defendant's Interrogatories and Request for Production. *See* Exhibit C to FedEx's Motion to Compel Plaintiff to Respond to Discovery. Plaintiff responded by telephone, indicating that she would submit the requested discovery responses to FedEx by May 17, 2007. However, Plaintiff did not respond to FedEx's Interrogatories or Requests for Production.

In another good faith effort to resolve this dispute, FedEx forwarded the Plaintiff a second letter on May 24, 2007. This correspondence reminded the Plaintiff that her responses to FedEx were overdue, and extended the deadline for responding to the Defendant's Interrogatories and Requests for Production to Friday, June 1, 2007. *See* Exhibit D to FedEx's Motion to Compel Plaintiff to Respond to Discovery. However, Plaintiff failed to send any responses to FedEx's Interrogatories or Requests for Production.

After Plaintiff failed to respond to FedEx's discovery requests, FedEx filed a Motion to Compel on June 4, 2007. *See* Motion To Compel (Doc. 24). By Order dated June 22, 2007, this Court granted FedEx's Motion To Compel, giving Plaintiff until July 3, 2007 to serve Defendant with responses to FedEx's written discovery requests. *See* June 22, 2007 Order. (Doc. 26).

To date, Plaintiff has provided no responses to FedEx's Interrogatories and no responses to FedEx's Requests for Production of Documents. Accordingly, this Court should dismiss Plaintiff's Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(b).

For the foregoing reasons, FedEx requests that this Court dismiss Plaintiff's Complaint with prejudice for failure to comply with this Court's Order. FedEx requests such other relief as the Court deems appropriate.

>Respectfully submitted,
>
>__s/ Michael E. Gabel_____
>Michael E. Gabel
>Federal Express Corporation
>3620 Hacks Cross Road
>Bldg. B, 2nd Floor
>Memphis, TN  38125
>(901) 434-0016
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading has been served via Federal Express Overnight delivery on this 10th day of July, 2007 to the following address:

>Ingrid Blizzard
>*Pro Se* Plaintiff
>2604 Sunset Strip
>Tuskegee, Alabama 36088
>(334) 727-1376

>__s/Michael Gabel_____
>OF COUNSEL

doc. 652207