IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD, | ) |
|     Plaintiff, | ) |
| v. | )    2:06-cv-891-MEF |
| FEDERAL EXPRESS CORPORATION | ) |
|     Defendant. | ) |

## AMENDED ORDER

Upon of review and consideration of *Defendant Federal Express Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) and Memorandum in Support Thereof* (Doc. 27, filed July 10, 2007) and Plaintiff's statement to the clerk's office that she never received the original show cause order, it is

**ORDERED** that Plaintiff show cause why the Motion to Dismiss should not be granted on or before **August 13, 2007**.

Plaintiff is advised that failure to file any response may be treated as an abandonment of the claims set forth in the complaint. Plaintiff is also reminded of this Court's advice on March 20, 2007, that her lack of representation DOES NOT excuse her from compliance with the orders and rules of this Court for the timely and orderly prosecution of the lawsuit she filed on October 3, 2006. **Failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in defendant's favor without any trial.**

The Clerk is **DIRECTED** to send this Order along with a copy of the *Motion to Dismiss* (Doc. 27) and the original Show Cause Order (Doc. 28) to Plaintiff by regular mail <u>and</u> certified mail.  Defendant shall be served the Order by e-mail transmittal.

DONE this 30th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE