**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M. Pulry                    ☐ Agent
                               ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
M Blizzard                         7/31/7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Ingrid Blizzard
2604 Sunset Strip
Tuskegee, AL 36088

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:06cv891 (#28 order + #27 motion + #29 answer)

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4844

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540