IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| INGRID BLIZZARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-891-MEF |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On August 16, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

(1) The Recommendation of the Magistrate Judge (Doc. 31) is ADOPTED.

(2) Defendant Federal Express Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) and Memorandum in Support Thereof (Doc. 27) is GRANTED.

(3) This case is DISMISSED without prejudice for lack of prosecution.

Done this the 6th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE